**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Anthony Undray ATWOOD, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 5, 1997.

John Woodcock, Jr., Holidaysburg, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 5th day of November, 1997, the Petition for Allowance of Appeal is granted, limited to the issue of whether, pursuant to *Commonwealth v. White*, 543 Pa. 45, 669 A.2d 896 (1995) and *Commonwealth v. Labron*, 547 Pa. 344, 690 A.2d 228 (1997), the evidence seized in the warrantless search should have been suppressed.

**David H. KATZ and Daniel M. Collins, individually and as General Partners of the Phoenix Milwest Limited Partnership, and Barbara D. Katz, individually, Petitioners,**

v.

**ZONING HEARING BOARD OF WESTFALL TOWNSHIP, Respondent.**

Supreme Court of Pennsylvania.

Nov. 7, 1997.

David H. Katz, Jill E. Fackenthal, E. Stroudsburg, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 7th day of November, 1997, the Petition for Allowance of Appeal is **GRANTED, BUT LIMITED** to the following issue:

Whether the two-member zoning hearing board was duly constituted to act on the Petitioners' application.